```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WILLIAM GILMAN,                                             :
                                                            :
                                Plaintiff,                  :          11-CV-5843 (JPO)
                                                            :
                -against-                                   :          ORDER
                                                            :
ELIOT SPITZER and THE SLATE GROUP, LLC,:
                                                            :
                                Defendants.                 :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/12
```

J. PAUL OETKEN, District Judge:

Oral argument will be held on Defendants' motion for judgment on the pleadings (Dkt. No. 16) and Plaintiff's motion to dismiss Defendants' counterclaim (Dkt. No. 19) on March 14, 2012 at 2:00 p.m.

SO ORDERED.

Dated: New York, New York
       February 24, 2012

                                            _____
                                                    J. PAUL OETKEN
                                                United States District Judge