UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WILLIAM GILMAN,

                               Plaintiff,         11-CV-5843 (JPO)

         -against-                           ORDER

ELIOT SPITZER and
THE SLATE GROUP, LLC,

                               Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 28 2012

J. PAUL OETKEN, District Judge:

    For the reasons set forth in a forthcoming Memorandum Opinion, Defendants' motion for judgment on the pleadings on Plaintiff's claim (Dkt. No. 16) is GRANTED; and Plaintiff's motion to dismiss Defendants' counterclaim (Dkt. No. 19) is GRANTED.

    The Clerk of Court is directed to terminate both motions.

SO ORDERED.

Dated: New York, New York
         September 28, 2012

                                                             J. PAUL OETKEN
                                                  United States District Judge